IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIAN D. TAYLOR,

        Plaintiff,

v.                                        Civil No. 1:21-cv-01354-LMB-IDD

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and VERIZON
COMMUNICATIONS, INC.,

        Defendants.

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

    a.    The following are parents, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

    b.    The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

1

2. Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

/s/
Gibson S. Wright
Virginia Bar Number 84632
Attorney for Trans Union LLC
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com

DATED: January 18, 2022.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
lenbennett@clalegal.com
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660
(757) -930-3662 Fax
*Counsel for Plaintiff*

/s/
Gibson S. Wright
Virginia Bar Number 84632
Attorney for Trans Union LLC
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com

3