IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIAN D. TAYLOR,

        Plaintiff,

v.                                   Civil No. 1:21-cv-01354-LMB-IDD

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and VERIZON
COMMUNICATIONS, INC.,

        Defendants.

**ORDER GRANTING TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME**

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED that Trans Union shall be GRANTED an extension of time until February 16, 2022, to file its Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the 19th day of January 2022.

/s/ _____
Leonie M. Brinkema
United States District Judge

1