UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN D. TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VERIZON COMMUNICATIONS INC.,<br><br>        Defendants. | Case No.: 1:21-cv-01354-LMB-IDD |

**ORDER GRANTING DEFENDANT VERIZON COMMUNICATIONS INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Verizon Communications Inc. ("Verizon"), by and through its attorney of record, filed a Consent Motion for Extension of Time to Respond to Plaintiff Brian D. Taylor's ("Plaintiff") Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Verizon, it is hereby,

ORDERED, ADJUDGED, and DECREED that Verizon's Consent Motion for Extension of Time to Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED that Verizon shall be GRANTED an extension of time until March 2, 2022, to respond to Plaintiff's Complaint.

SO ORDERED, this the _____ day of _____ 2022.

_____
THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE