UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Brian D. Taylor,

    Plaintiff,

v.                                        Civil Action No.: 21-cv-1354-LMB-IDD

Experian Information Solutions Inc.;
Trans Union LLC;
and
Verizon Communications Inc.,

    Defendants.

## STIPULATION AND PROPOSED ORDER
## FOR BINDING ARBITRATION AND TO
## STAY ALL PROCEEDINGS AGAINST DEFENDANT
## VERIZON COMMUNICATIONS INC. ONLY

    Plaintiff Brian D. Taylor ("Plaintiff") and Defendant Verizon Communications Inc. ("Defendant" or "Verizon"), through their respective counsel of record, hereby stipulate as follows:

    1.      On or about December 3, 2021, Plaintiff filed a Complaint in the United States District Court for the eastern District of Virginia entitled *Brian D. Taylor v. Verizon Communications Inc., et al.*, Case Number 21-cv-1354-LMB-IDD. The Complaint asserts claims against Defendant for: (1) violation of § 1681s-2(b)(1)(A) and (B) Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"); (2) violation of § 1681s-2(b)(1)(C) and (D) of the FCRA; and (3) violation of § 1681s-2(b)(1)(E) of the FCRA.

    2.      Plaintiff previously allegedly entered into an agreement to arbitrate all disputes with Verizon. Without prejudice to any claims or defenses in this regard, pursuant to this alleged arbitration agreement, the Plaintiff and Verizon hereby stipulate to arbitrate this dispute through

the American Arbitration Association ("AAA").

    3.    The parties also stipulate to stay the action **against Verizon only** pending completion of arbitration. This does not affect the remaining defendants.

    **IT IS SO STIPULATED.**

Dated: April 5, 2022.

| | |
|---|---|
| By: /s/ Leonard A. Bennett | /s/ J. Caleb Jones |
| Leonard A. Bennett, VSB #37523 | J. Caleb Jones, Esq. (VSB #89301) |
| Craig C. Marchiando, VSB #89736 | H. Robert Showers, Esq. (VSB #34799) |
| **CONSUMER LITIGATION ASSOCIATES, P.C.** | Simms Showers LLP |
| 763 J. Clyde Morris Blvd., Suite 1-A | 305 Harrison Street, S.E. |
| Newport News, VA 23601 | Leesburg, Virginia 20175 |
| Telephone: (757) 930-3660 | Ph.: 703-771-4671 |
| Facsimile: (757) 930-3662 | Fax: 703-771-4681 |
| Email: lenbennett@clalegal.com | jcjones@simmsshowerslaw.com |
| Email: craig@clalegal.com | **OF COUNSEL**: |
| Thomas R. Breeden, VSB #33410 | J. Stephen Simms |
| THOMAS R. BREEDEN, P.C. | Simms Showers LLP |
| 10326 Lomond Drive | 201 International Circle, Ste. 230 |
| Manassas, VA 20109 | Baltimore, Maryland 21030 |
| (703) 659-0188 – Telephone | Ph.: 410-783-5795 |
| (703) 337-0441 – Facsimile | Fax: 410-510-1789 |
| Email: TRB@Tbreedenlaw.com | jssimms@simmsshowers.com |
| Plaintiff's Counsel | Counsel for Defendant Verizon Communications, Inc. |

**APPROVED AND SO ORDERED** this ___ day of April, 2022.

_____
Leonie M. Brinkema
United States District Judge