UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Brian D. Taylor,

 Plaintiff,

v.              Civil Action No.: 21-cv-1354-LMB-IDD

Experian Information Solutions Inc.;
Trans Union LLC;
and
Verizon Communications Inc.,

 Defendants.

### STIPULATION AND PROPOSED ORDER FOR BINDING ARBITRATION AND TO STAY ALL PROCEEDINGS AGAINST DEFENDANT VERIZON COMMUNICATIONS INC. ONLY

Plaintiff Brian D. Taylor ("Plaintiff") and Defendant Verizon Communications Inc. ("Defendant" or "Verizon"), through their respective counsel of record, hereby stipulate as follows:

1. On or about December 3, 2021, Plaintiff filed a Complaint in the United States District Court for the eastern District of Virginia entitled *Brian D. Taylor v. Verizon Communications Inc., et al.*, Case Number 21-cv-1354-LMB-IDD. The Complaint asserts claims against Defendant for: (1) violation of § 1681s-2(b)(1)(A) and (B) Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"); (2) violation of § 1681s-2(b)(1)(C) and (D) of the FCRA; and (3) violation of § 1681s-2(b)(1)(E) of the FCRA.

2. Plaintiff previously allegedly entered into an agreement to arbitrate all disputes with Verizon. Without prejudice to any claims or defenses in this regard, pursuant to this alleged arbitration agreement, the Plaintiff and Verizon hereby stipulate to arbitrate this dispute through

the American Arbitration Association ("AAA").

3. The parties also stipulate to stay the action **against Verizon only** pending completion of arbitration. This does not affect the remaining defendants.

**IT IS SO STIPULATED.**

Dated: April 5, 2022.

By: /s/ Leonard A. Bennett
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Thomas R. Breeden, VSB #33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, VA 20109
(703) 659-0188 – Telephone
(703) 337-0441 – Facsimile
Email: TRB@Tbreedenlaw.com

Plaintiff's Counsel

/s/ J. Caleb Jones
J. Caleb Jones, Esq. (VSB #89301)
H. Robert Showers, Esq. (VSB #34799)
Simms Showers LLP
305 Harrison Street, S.E.
Leesburg, Virginia 20175
Ph.:   703-771-4671
Fax:   703-771-4681
jcjones@simmsshowerslaw.com

**OF COUNSEL**:

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Ph.:   410-783-5795
Fax:   410-510-1789
jssimms@simmsshowers.com

Counsel for Defendant Verizon Communications, Inc.

APPROVED AND SO ORDERED this _14_ day of April, 2022.

/s/
Leonie M. Brinkema
United States District Judge