IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN D. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-1354 (LMB/IDD) |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Since April 14, 2022, this civil action has been stayed as to defendant Verizon Communications, Inc. ("Verizon") pending arbitration. [Dkt. No. 28]. On February 17, 2023, the Court ordered that plaintiff Brian D. Taylor ("plaintiff") provide an update as to the status of the arbitration proceedings or file a stipulation of dismissal of the resolved claims. [Dkt. No. 33]. Having received no response from plaintiff, on April 3, 2023, the Court advised him that this civil action would be dismissed on April 10, 2023, unless he indicated before then that his claims against Verizon have not been resolved. [Dkt. No. 34]. As of April 10, 2023, plaintiff has not responded. Accordingly, it is hereby

ORDERED that this civil action be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

Entered this 11 day of April, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge