UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIAN D. TAYLOR,

    Plaintiff,

v.   Civil Action No. 1:21-cv-01354-LMB-IDD

EXPERIAN INFORMATION
SOLUTIONS, INC.; *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff BRIAN D. TAYLOR ("Plaintiff") and Defendant VERIZON COMMUNICATIONS INC. (collectively, the "Parties") stipulate to the dismissal with prejudice of Defendant VERIZON COMMUNICATIONS INC., with each party to pay its own costs and attorney's fees.

There being no remaining defendants in this case, the Court should dismiss the entire action with prejudice.

DATED: June 15, 2023

                                                          By: _____/s/_____
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com

Thomas R. Breeden, VSB #33410
Thomas R. Breeden, P.C., Attorneys and Counselors at Law

10326 Lomond Drive
Manassas, Virginia 20109
Telephone: (703) 361-9277
Facsimile: (703) 337-0441
TRB@TBreedenlaw.com

*Counsel for the Plaintiffs*


/s/ *Jonathan Caleb Jones*
Jonathan Caleb Jones, VSB# 89301
Simms Showers, LLP
Ste Third Floor
Leesburg, VA 20175
Telephone: (703) 771-4671
Email: jcjones@simmsshowerslaw.com


*Counsel for Defendant Verizon Communications Inc.*

2