IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN D. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) 1:21-cv-1354 (LMB/IDD) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

On April 11, 2023, the Court dismissed this civil action with prejudice after plaintiff Brian D. Taylor ("plaintiff") failed to respond to its February 17, 2023 and April 3, 2023 Orders [Dkt. Nos. 33, 34] which directed him to provide an update as to the status of his arbitration proceedings with Verizon Communications, Inc. [Dkt. No. 35]. On June 15, 2023, plaintiff filed in this closed civil action a Stipulation of Dismissal with Prejudice as to Verizon Communications, Inc. [Dkt. No. 36]. Because this civil action has been dismissed with prejudice and is closed, it is hereby

ORDERED that no action be taken on plaintiff's Stipulation of Dismissal with Prejudice [Dkt. No. 36] because it is moot.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15 day of June, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge